IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:05CR408-C

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| BERNALDINO MUNOZ-MENDEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Appointment of Interpreter" filed December 28, 2005 (document #12). The Defendant has utilized the services of Ms. Jaclyn S. Gonzalez, P.O. Box 6111, Gastonia, NC 28056, as an interpreter. The Court concludes that Ms. Gonzalez's services were required to protect the Defendant's right to a Constitutionally adequate defense.

**NOW THEREFORE, IT IS ORDERED:**

The Defendant's "Motion for Appointment of Interpreter" (document #12) is **GRANTED**, that is, Ms. Gonzalez shall be compensated for her services up to $1,600.

**SO ORDERED**.

Signed: March 24, 2008

Carl Horn, III
United States Magistrate Judge